| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | Case No.: 19-24288-MBK<br><br>Chapter 13<br><br>Hearing: September 25, 2019<br><br>Judge Michael B. Kaplan |
| **In Re:**<br><br>**Randall L. Stewart and<br>Michele Stewart,**<br><br>     **Debtors.** | |

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

COMES NOW, THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtors' Chapter 13 Plan (DE # 2), and states as follows:

1. Debtors, Randall L. Stewart and Michele Stewart, ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 23, 2019.

2. Secured Creditor holds a security interest in the Debtor's real property located at 34 DIXMONT AVENUE, EWING, NJ 08618, by virtue of a Mortgage recorded on March 05, 2005 in Book 08972, at Page 0725 of the Public Records of Mercer County, NJ. Said Mortgage secures a Note in the amount of $173,000.00.

3. Debtors filed a Chapter 13 Plan ("Plan") on July 23, 2019.

4. Secured Creditor's claim is secured by a first lien security interest in real property that is the Debtors' principal residence and as such, said claim cannot be modified except by curing the default over a reasonable period of time not to exceed the jurisdictional limits of Chapter 13. See 11 U.S.C. § 1322(b)(2) and (5). The Plan seeks to modify Secured

Creditor's rights by proposing to pay $26,000 as secured and reclassify $120,034.00 as unsecured. Such a Plan provision is impermissible under the Bankruptcy Code and the Plan cannot be confirmed.

5. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtors' Plan, and for such other and further relief as the Court may deem just and proper.

>RAS Citron, LLC
>Attorney for Secured Creditor
>130 Clinton Road, Suite 202
>Fairfield, NJ 07004
>Telephone: 973-575-0707
>
>By: /s/Laura Egerman
>Laura Egerman, Esquire
>NJ Bar Number LE-8250
>Email: legerman@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone: 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Laura Egerman, Esq. (LE-8250) | Case No.: 19-24288-MBK <br><br> Chapter 13 <br><br> Hearing: September 25, 2019 <br><br> Judge Michael B. Kaplan |
| **In Re:** <br><br> **Randall L. Stewart and Michele Stewart,** <br><br>   Debtors. | |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, Esq., represent THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A. F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4 in this matter.

2. On September 9, 2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

September 9, 2019

                                         RAS Citron, LLC
                                         Attorney for Secured Creditor
                                         130 Clinton Road, Suite 202
                                         Fairfield, NJ 07004
                                         Telephone: 973-575-0707

                                         By: /s/Laura Egerman
                                         Laura Egerman, Esquire
                                         NJ Bar Number LE-8250
                                         Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert G. Swan<br>Law office of Robert G. Swan<br>3720 Nottingham Way<br>Hamilton Square, NJ 08690 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Randall L. Stewart<br>34 Dixmont Avenue<br>Ewing, NJ 08618<br><br>Michele Stewart<br>34 Dixmont Avenue<br>Ewing, NJ 08618 | Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |