Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–24288–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Randall L. Stewart                          Michele Stewart
34 Dixmont Ave                              34 Dixmont Ave
Ewing, NJ 08618–1837                        Ewing, NJ 08618–1837

Social Security No.:
  xxx–xx–1770                               xxx–xx–4954

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/23/2019 and a confirmation hearing on such Plan has been scheduled for 9/25/2019.

The debtor filed a Modified Plan on 9/13/2019 and a confirmation hearing on the Modified Plan is scheduled for 10/15/2019@10:00 A.M.. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

      A full copy of the modified Plan will follow this notice.

Dated: September 13, 2019
JAN: vpm

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-24288-MBK
Randall L. Stewart                                                        Chapter 13
Michele Stewart
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Sep 13, 2019
                              Form ID: 186           Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db/jdb          Randall L. Stewart,   Michele Stewart,   34 Dixmont Ave,   Ewing, NJ  08618-1837
518449494      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518367281       FLAGSHIP CREDIT ACCEPTANCE,   123 S Main St,   Allentown, NJ  08501-1620
518367282       PNC Bank,   PO Box 6534,   Carol Stream, IL  60197-6534
518380239      +The Bank of New York Mellon,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:11     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:07     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518392373      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2019 00:45:32
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518367283       E-mail/Text: jennifer.chacon@spservicing.com Sep 14 2019 00:38:20
                 SELECT PORTFOLIO SERVICING, INC.,   PO Box 65250,   Salt Lake City, UT  84165-0250
518368352      +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2019 00:45:09     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +The Bank of New York Mellon,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                 Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
         Albert  Russo   docs@russotrustee.com
         Aleisha Candace Jennings    on behalf of Creditor   The Bank of New York Mellon
          ajennings@rasflaw.com
         Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
         Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association
          rsolarz@kmllawgroup.com
         Robert G. Swan    on behalf of Joint Debtor Michele  Stewart lawofficeofrswan@aol.com
         Robert G. Swan    on behalf of Debtor Randall L. Stewart lawofficeofrswan@aol.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7