UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Randall L. Stewart and Michele Stewart

Case No.: 19-24288

Chapter: 13

Judge: Michael B. Kaplan

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Robert G. Swan, Esq.

This will confirm that on 1/13/2020 the following document(s) was filed by you.

☒ Amendment to Schedule(s) I,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☐ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: January 14, 2020                     Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Randall L. Stewart  
Michele Stewart  
    Debtors

Case No. 19-24288-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 14, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.  
db/jdb        Randall L. Stewart,   Michele Stewart,   34 Dixmont Ave,   Ewing, NJ  08618-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:

          Albert   Russo   docs@russotrustee.com  
          Aleisha Candace Jennings   on behalf of Creditor   The Bank of New York Mellon  
           ajennings@rasflaw.com  
          Laura M. Egerman   on behalf of Creditor   The Bank of New York Mellon bkyecf@rasflaw.com,  
           bkyecf@rasflaw.com;legerman@rasnj.com  
          Rebecca Ann Solarz   on behalf of Creditor   PNC Bank, National Association  
           rsolarz@kmllawgroup.com  
          Robert G. Swan   on behalf of Joint Debtor Michele  Stewart lawofficeofrswan@aol.com  
          Robert G. Swan   on behalf of Debtor Randall L. Stewart lawofficeofrswan@aol.com  
          Sindi   Mncina   on behalf of Creditor   The Bank of New York Mellon smncina@rascrane.com  
          Thomas R. Dominczyk   on behalf of Creditor   Flagship Credit Acceptance  
           tdominczyk@mauricewutscher.com,   thomas-dominczyk-5025@ecf.pacerpro.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                     TOTAL: 9