| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MAURICE WUTSCHER, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ  08822<br>(908) 237-4550<br>Attorneys for Creditor Flagship Credit Acceptance<br>Thomas R. Dominczyk | Chapter 13<br><br>Case Number: 19-24288-MBK |
| In re:<br>    RANDALL L. STEWART<br>    MICHELE STEWART | JUDGE:<br>Honorable Michael B. Kaplan |

Order Filed on January 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER VACATING STAY AS TO PERSONAL PROPERTY**

The relief set forth on the following page is hereby ORDERED.

**DATED: January 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: RANDALL L. STEWART AND MICHELE STEWART
Case No. 19-24288-MBK
Caption of Order: Order Vacating Stay as to Personal Property

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, Flagship Credit Acceptance, under Bankruptcy Code section 362 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day:

**1.** **ORDERED** that the automatic stay is vacated to permit the movant to pursue the movant's rights in the collateral described below.

**2.** **ORDERED** the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
2017 HYUNDAI SANTA FE: 5XYZTDLB0HG442253