| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MAURICE WUTSCHER, LLP<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ  08822<br>(908) 237-4550<br>Attorneys for Creditor Flagship Credit Acceptance<br>Thomas R. Dominczyk | Chapter 13<br><br>Case Number: 19-24288-MBK |
| In re:<br>     RANDALL L. STEWART<br>     MICHELE STEWART | JUDGE:<br>Honorable Michael B. Kaplan |

**Order Filed on January 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER VACATING STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 23, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtor: RANDALL L. STEWART AND MICHELE STEWART
Case No. 19-24288-MBK
Caption of Order: Order Vacating Stay as to Personal Property

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, Flagship Credit Acceptance, under Bankruptcy Code section 362 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day:

**1.** **ORDERED** that the automatic stay is vacated to permit the movant to pursue the movant's rights in the collateral described below.

**2.** **ORDERED** the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
2017 HYUNDAI SANTA FE: 5XYZTDLB0HG442253

United States Bankruptcy Court
District of New Jersey

In re:  
Randall L. Stewart  
Michele Stewart  
    Debtors

Case No. 19-24288-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 23, 2020  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.  
db/jdb         Randall L. Stewart,    Michele Stewart,    34 Dixmont Ave,    Ewing, NJ    08618-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:

         Albert    Russo     docs@russotrustee.com  
         Aleisha Candace Jennings     on behalf of Creditor    The Bank of New York Mellon  
          ajennings@rasflaw.com  
         Laura M. Egerman     on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,  
          bkyecf@rasflaw.com;legerman@rasnj.com  
         Rebecca Ann Solarz     on behalf of Creditor    PNC Bank, National Association  
          rsolarz@kmllawgroup.com  
         Robert G. Swan     on behalf of Joint Debtor Michele    Stewart lawofficeofrswan@aol.com  
         Robert G. Swan     on behalf of Debtor Randall L. Stewart lawofficeofrswan@aol.com  
         Sindi    Mncina     on behalf of Creditor    The Bank of New York Mellon smncina@rascrane.com  
         Thomas R. Dominczyk     on behalf of Creditor    Flagship Credit Acceptance  
          tdominczyk@mauricewutscher.com,    thomas-dominczyk-5025@ecf.pacerpro.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                            TOTAL: 9