Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  19−24288−MBK
                          Chapter:  13
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Randall L. Stewart                          Michele Stewart
   34 Dixmont Ave                              34 Dixmont Ave
   Ewing, NJ 08618−1837                   Ewing, NJ 08618−1837

Social Security No.:
   xxx−xx−1770                                 xxx−xx−4954

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 1, 2021.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 2, 2021
JAN: kmm

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                             Case No. 19-24288-MBK
Randall L. Stewart                                                                    Chapter 13
Michele Stewart
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                        Page 1 of 2
Date Rcvd: Jun 02, 2021               Form ID: 148                    Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Randall L. Stewart, Michele Stewart, 34 Dixmont Ave, Ewing, NJ 08618-1837 |
| 518449494 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518367281 | | FLAGSHIP CREDIT ACCEPTANCE, 123 S Main St, Allentown, NJ 08501-1620 |
| 518367282 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 518367283 | | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518491906 | | The Bank of New York Mellon, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 518380239 | + | The Bank of New York Mellon, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2021 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2021 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518392373 | + | EDI: AIS.COM | Jun 03 2021 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518476343 | + | EDI: MID8.COM | Jun 03 2021 00:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518492136 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2021 21:46:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 518478437 | | EDI: PRA.COM | Jun 03 2021 00:38:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518479379 | | EDI: PRA.COM | Jun 03 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Lane Bryant, POB 41067, Norfolk VA 23541 |
| 518368352 | + | EDI: RMSC.COM | Jun 03 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank of New York Mellon, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518476545 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor The Bank of New York Mellon ajennings@raslg.com |
| Harold N. Kaplan | on behalf of Creditor The Bank of New York Mellon hkaplan@rasnj.com  informationathnk@aol.com |
| Laura M. Egerman | on behalf of Creditor The Bank of New York Mellon bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank  National Association rsolarz@kmllawgroup.com |
| Robert G. Swan | on behalf of Joint Debtor Michele Stewart lawofficeofrswan@aol.com |
| Robert G. Swan | on behalf of Debtor Randall L. Stewart lawofficeofrswan@aol.com |
| Sindi Mncina | on behalf of Creditor The Bank of New York Mellon smncina@raslg.com |
| Thomas R. Dominczyk | on behalf of Creditor Flagship Credit Acceptance tdominczyk@mauricewutscher.com thomas-dominczyk-5025@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11